FILED
2021 SEP -3 PM 12: 27
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Samuel Maldonado
_Petitioner_

v.

Case No. 3:21-cv-884-TJC-PDB
_(Supplied by Clerk of Court)_

United States of America
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: SAMUEL MALDONADO
   (b) Other names you have used: ___

2. Place of confinement:
   (a) Name of institution: F.D.C. Tallahassee
   (b) Address: PO Box 5000, Tallahassee FL 32314
   REG # 70498-018
   (c) Your identification number: ___

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: ___
       (b) Docket number of criminal case: 3:17-CR-179-J-32 PDB
       (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☒ Other (explain): Being held on an Alleged 2250(A) under Section 3237, and the court lack's Venue and Jurisdiction to hold or Charge Mr Maldonado

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☑ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☑ Other (explain): (a) Venue, under 3237(a) And detention, Petitioner is being illegally held. (b) Because of lack of jurisdiction and venue, SORNA offense for state sex offender begins in the district that defendant leaves not in district where he fails to Register, U.S. v. Haupt 2 75 f.3d 986, 95-59 11 M CIR 2015

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Middle District FL
   
   (b) Docket number, case number, or opinion number: _____
   
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   N/A
   
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☑ No
   
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:
*This is a cart matter of Law*

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☒ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal:
*Same as above*

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☒ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:
This is a court matter of law

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion or a Section 2254 to petition to challenge this conviction or sentence?**

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

Page 5 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _N/A_

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes      ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes      ☒ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes   ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Motion's to Dismiss, Jurisdiction Etc.
(b) Name of the authority, agency, or court: _____
(c) Date of filing: 2018, 2019, 2020, 2021
(d) Docket number, case number, or opinion number: 3:17-CR-179-J-32 PDB
(e) Result: Denied
(f) Date of result: _____
(g) Issues raised: Jurisdiction,

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: being held in violation of Venue, and Jurisdiction, Venue and Jurisdiction is only Legally and Constitutional proper in N.Y. Co. under Section 3237(a) United States v. Kopp, 778 F3d 986, 988-89 (11th Cir. 2015...

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts (Be brief. Do not cite cases or law.):
MR. Maldonado's Facts and Authority is Preexisting Supreme Court precedents under 18 U.S.C. 3237(A) and this case must be Dismissed for lack of Jurisdiction, U.S. Court of Appeals 1st Cir 2020 967 F.3Rd 57 US v Seward 7/28/2020 the Detention by the Gov... is illegal and unconstitutional

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

GROUND TWO: The Detention of MR. Maldonado is un-constitutional Because the Gov... is holding mr. Maldonado under the Gist, he is a Federal Sex offender, when in Fact he is a State Sex offender Reg/under N.Y.S. Law

(a) Supporting facts (Be brief. Do not cite cases or law.):
Supreme court precedents, A SORNA offense begins in the District the the defendant leaves, Not in the District in which the defendant ultimately Fails to Register, case must be turned over to the State of New York and or Dismissed for lack of Jurisdiction

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes    ☐ No

GROUND THREE: case must be Dismissed, Venue is improper and the detention is un-constitutional, Venue for a 2250 prosecution of a state sex offender is proper in the departure jurisdiction because the locus delicti of the offense encompasses where the offender's Travel begins etc.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Supreme Court precedents

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes       ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Because Counsel MS Lisa Call would Not Argue Any of Defendants motions and She is About to be Fired and Sued for 6th Amendment Violations Etc...

**Request for Relief**

15. State exactly what you want the court to do: Order Court to Dismiss Case, for lack of Jurisdiction, Venue, and illegally and un-constitutional Detention of MR. Maldonado, Case must be tearned over to the State of New York or Dismissed, Supreme Court preexisting precedents must be up held, The criminal case must be Dismissed As A matter of Law

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 9/1/2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9/3/21

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any